BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>VERA ZHIRY,<br><br>                    Defendant. | CASE NO.  2:11-CR-450 TLN<br><br>STIPULATION AND ORDER REGARDING DEFENDANT'S MOTION FOR RELEASE ON BAIL PENDING APPEAL<br><br>DATE: March 10, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On February 23, 2016, the defendant filed a motion for release on bail pending appeal and noticed a hearing date of March 10, 2016.  The United States' opposition to this motion is currently due on March 1, 2016, seven days after February 23, 2016.

2. By this stipulation, the United States requests an extension in the time for it to file its opposition.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The United States will file and serve its opposition to defendant's motion for release on bail pending appeal by March 14, 2016.

    b) The March 10, 2016 hearing date on the motion is vacated and continued to

March 17, 2016.

IT IS SO STIPULATED.

Dated:  February 26, 2016    BENJAMIN B. WAGNER
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　 /s/ LEE S. BICKLEY
　　　　　　　　　　　　　　LEE S. BICKLEY
　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  February 26, 2016    /s/ QUIN DENVIR
　　　　　　　　　　　　　　QUIN DENVIR
　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　VERA ZHIRY

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of February, 2016

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　United States District Judge

STIPULATION REGARDING MOTION FOR RELEASE ON BAIL PENDING APPEAL

2