PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-450 TLN |
| Plaintiff, | STIPULATION REGARDING RESENTENCING AND ORDER |
| v. | DATE: August 3, 2017 |
| VERA ZHIRY, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 20, 2017, the Ninth Circuit vacated Vera Zhiry's sentence and remanded the case for resentencing "'so the district court can consider the factors now listed in amended § 3B1.2' of the sentencing guidelines." Dkt. 357.

2. By this stipulation, the parties ask that the Court set the following schedule for Ms. Zhiry's resentencing:

        a)    Zhiry's opening brief due on July 14, 2017;

        b)    The United States' opposition due on July 21, 2017;

        c)    Zhiry's reply brief due on July 28, 2017; and

////

STIPULATION REGARDING RESENTENCING

1

1          d)     Zhiry's resentencing set for August 3, 2017, at 9:30 a.m.

2      IT IS SO STIPULATED.

3

4

5 Dated: April 26, 2017                    PHILLIP A. TALBERT
                                        United States Attorney

6

7                                     /s/ LEE S. BICKLEY
                                    LEE S. BICKLEY

8                                     Assistant United States Attorney

9

10 Dated: April 26, 2017                     /s/ ALEXIS HALLER
                                    ALEXIS HALLER

11                                     Counsel for Defendant
                                    VERA ZHIRY

12

13

14

15                                 **ORDER**

16      IT IS SO FOUND AND ORDERED this 26th day of April, 2017.

17

18

19

20                                     Troy L. Nunley
                                    United States District Judge

21

22

23

24

25

26

27

28