Alexis Haller SBN 201210
LAW OFFICE OF ALEXIS HALLER
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for VERA ZHIRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>VERA ZHIRY,<br><br>                Defendant. | Case No. 2:11-CR-450 TLN<br><br>**STIPULATION AND ORDER REGARDING DEFENDANT VERA ZHIRY'S WAIVER OF APPEARANCE FOR RE-SENTENCING**<br>DATE:     August 3, 2017<br>TIME:     9:30 a.m.<br>COURT:  Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America and defendant Vera Zhiry, by and through their respective counsel of record, hereby stipulate as follows:

1. On April 20, 2017, the Ninth Circuit vacated Ms. Zhiry's sentence and remanded the case for re-sentencing "'so the district court can consider the factors now listed in amended § 3B1.1' of the sentencing guidelines." Dkt. 357.

2. On April 27, 2017, this Court scheduled re-sentencing for defendant Vera Zhiry for August 3, 2017, at 9:30 a.m. Dkt. 359.

3. On May 23, 2017, Ms. Zhiry was transferred to the Sacramento County Jail for the re-

sentencing hearing. Ms. Zhiry was previously incarcerated at the Federal Prison Camp at FCI Dublin, a facility for minimum-security female inmates.

4. As reflected in the Waiver of Appearance attached hereto as Exhibit A, Ms. Zhiry has now voluntarily waived her appearance for the re-sentencing hearing pursuant to Federal Rule of Criminal Procedure 43(c)(1)(B). Accordingly, the parties agree that Ms. Zhiry should be returned to the custody of the Bureau of Prisons forthwith so that she can be re-designated to a federal institution.

IT IS SO STIPULATED.

Dated: May 30, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ LEE S. BICKLEY
LEE S. BICKLEY
Assistant United States Attorney

Dated: May 30, 2017

/s/ ALEXIS HALLER
ALEXIS HALLER
Counsel for Defendant
VERA ZHIRY

## ORDER

Based upon the foregoing, the Court accepts defendant Vera Zhiry's voluntary waiver of appearance for the re-sentencing hearing scheduled for August 3, 2017, at 9:30 a.m. Ms. Zhiry shall be returned to the custody of the Bureau of Prisons forthwith.

IT IS SO FOUND AND ORDERED this 30th day of May, 2017.

Troy L. Nunley
United States District Judge