UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>VERA ZHIRY,<br><br>        Defendant. | Case No. 2:11-CR-00450-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release VERA ZHIRY , Case No. 2:11-CR-00450-TLN Charges 18 U.S.C. § 1349 and 18 U.S.C. § 1957, from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

        ____ Unsecured Appearance Bond $ _____

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

    **X** (Other): Released pending disposition of appeal and shall remain on the same conditions that were established for defendant's pretrial release. The defendant shall report to Pretrial Release by 9:00 AM the first business day following her release.

Issued at Sacramento, California on August 4, 2017.

By: _[signature]_

District Judge Troy L. Nunley