1  MCGREGOR SCOTT
   United States Attorney
2  LEE S. BICKLEY
   HEIKO COPPOLA
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0450 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING DUE DATE FOR UNITED STATES' OPPOSITION TO MOTION FOR BAIL PENDING APPEAL |
| v. | |
| OLGA PALAMARCHUK, et al., | DATE: August 23, 2018 |
| Defendants. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  The defendant filed a Motion for Bail Pending Appeal on June 28, 2018, and noticed argument on this matter for August 23, 2018.

2.  The United States' opposition is due on July 5, 2018, seven days after the filing of defendant's motion.

3.  The United States represents that it needs additional time to research the many issues raised in the defendant's motion. In addition, counsel for the United States is currently working on a multi-defendant Ninth Circuit brief in another case and has a pre-planned vacation.

4.  By this stipulation, the parties agree and stipulate and ask that the Court find the following: the time period for the United States to file its opposition to the motion for bail pending

appeal is extended to August 16, 2018.

    5.    It is anticipated that the matter will be submitted on the pleadings, but either party may request a hearing.

    IT IS SO STIPULATED.

Dated: June 29, 2018                          MCGREGOR SCOTT
                                                      United States Attorney

                                                      /s/ LEE S. BICKLEY
                                                      LEE S. BICKLEY
                                                      Assistant United States Attorney

Dated: June 29, 2018                          /s/ LEE S. BICKLEY FOR
                                                      MICHAEL B. BIGELOW
                                                      Counsel for Defendant
                                                      Olga Palamarchuk

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 29th day of June, 2018.

                                                     Troy L. Nunley
                                                     United States District Judge