Alexis Haller SBN 201210
LAW OFFICE OF ALEXIS HALLER
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for VERA ZHIRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>VERA ZHIRY,<br><br>    Defendant. | Case No. 2:11-CR-450-TLN-4<br><br>**STIPULATION AND ORDER SETTING SELF-SURRENDER DATE**<br><br>Judge: Hon. Troy L. Nunley |

   Defendant Vera Zhiry and the United States of America, by and through their respective counsel of record, hereby stipulate and agree as follows:

   1. Pursuant to this Court's order of August 4, 2017, Ms. Zhiry has been released on bail pending the appeal in the above-captioned matter.

   2. On December 17, 2020 , the Court of Appeals for the Ninth Circuit issued its mandate in the appeal (Ninth Circuit Case No. 17-10344).

   3. Due to the COVID-19 pandemic, the parties stipulate that Ms. Zhiry's self-surrender date

be set on March 17, 2021, and respectfully request that the Court issue an order instructing Ms. Zhiry to self-surrender to the institution designated by the Bureau of Prisons or, if no such institution has been designated, to the United States Marshals Service office in Sacramento, California, at or before 2:00 p.m. on that date.

4. All conditions of release shall remain in effect until Ms. Zhiry surrenders.

IT IS SO STIPULATED.

Dated: January 4, 2021          /s/ Alexis Haller
                                Alexis Haller
                                Attorney for Defendant Vera Zhiry


Dated: January 4, 2021          /s/ Lee Bickley
                                Lee Bickley
                                Assistant United States Attorney
                                Attorney for Plaintiff


## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that defendant Vera Zhiry, having been previously convicted and sentenced to the custody of the Bureau of Prisons, shall self-surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshals Service office in Sacramento, California, on or before March 17, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated: January 5, 2021

                                Troy L. Nunley
                                United States District Judge